CLERK'S OFFICE
A TRUE COPY
Aug 23, 2024
s/ Mary Murawski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

24CR391

FILED
8/23/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BHL−CH,CLOSED,PROTO,TRANSFERRED

# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CRIMINAL DOCKET FOR CASE #: 2:23−cr−00117−BHL−1

Case title: USA v. Locke

Date Filed: 06/21/2023

Date Terminated: 07/10/2024

---

Assigned to: Judge Brett H Ludwig

**Defendant (1)**

| | | |
|---|---|---|
| **Joseph A Locke**<br>YOB 1974<br>TERMINATED: 07/10/2024 | represented by | **Kirk B Obear**<br>Kirk Obear Attorney at Law<br>603 S 8th St<br>PO Box 935<br>Sheboygan, WI 53081<br>920−395−2200<br>Fax: 920−395−2202<br>Email: kirkobear@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(b) and 859: USING A COMMUNICATION FACILITY TO FACILITATE THE COMMISSION OF A DRUG FELONY<br>(1) | |
| 21:843(b) − USE COMMUNICATIONS FACILITY TO FACILITATE A FELONY<br>(1s) | Probation: 4 years. Special Assessment: $100. Fine: $100,000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                                                                          **Disposition**

None

---

**Plaintiff**

USA                                                                  represented by   **Julie F Stewart**
                                                                                      United States Department of Justice
                                                                                      (ED−WI)
                                                                                      Office of the US Attorney
                                                                                      517 E Wisconsin Ave − Rm 530
                                                                                      Milwaukee, WI 53202
                                                                                      414−297−4536
                                                                                      Fax: 414−297−1738
                                                                                      Email: julie.stewart@usdoj.gov
                                                                                      *LEAD ATTORNEY*
                                                                                      *ATTORNEY TO BE NOTICED*
                                                                                      *Designation: Assistant US Attorney*

                                                                                      **Patricia I Daugherty**
                                                                                      United States Department of Justice
                                                                                      Office of the US Attorney
                                                                                      517 E Wisconsin Ave − Rm 530
                                                                                      Milwaukee, WI 53202
                                                                                      414−297−1715
                                                                                      Email: Trish.Daugherty@usdoj.gov
                                                                                      *ATTORNEY TO BE NOTICED*
                                                                                      *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2023 | 1 | INDICTMENT as to Joseph A Locke (1) count 1. (lz) (Additional attachment(s) added on 6/21/2023: # 1 Information Sheet, # 2 Unredacted Indictment) (lz). |
| 06/22/2023 | 2 | NOTICE OF HEARING as to Joseph A Locke. Initial Appearance / Arraignment & Plea set for 7/17/2023 at 02:00 PM in Courtroom 253, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Nancy Joseph. (cc: all counsel; USMS; PTS) (Attachments: # 1 Pretrial Packet)(lz) |
| 07/14/2023 | 3 | PRETRIAL SERVICES REPORT − BOND STUDY (Restricted) filed by US Pretrial Office as to Joseph A Locke (NOTICE: Counsel for the defendant is required to provide a copy of this document to the defendant. Parties allowed to view this document may do so by logging in.) (at) |
| 07/17/2023 | 4 | Minute Entry for Initial Appearance and Arraignment & Plea as to Joseph A Locke held on 7/17/2023 before Magistrate Judge Nancy Joseph. Defendant advised of rights, charges, penalties and fines. Court orders GJ materials disclosed no later than 1 business day prior to trial. Case referred to Magistrate Judge Nancy Joseph. Speedy Trial Date 9/25/2023. Not Guilty Plea entered by Joseph A Locke (1) as Count 1. Motions due by 8/1/2023, Responses due by 8/11/2023, Replies due by 8/16/2023. |

| | | |
|---|---|---|
| | | BOND: Government did not seek detention. Court ordered defendant released on conditions.<br><br>The court ORDERS that pursuant to Federal Rule of Criminal Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. (Court Reporter Liberty) (edr) |
| 07/17/2023 | 5 | PRETRIAL ORDER as to Joseph A Locke signed by Magistrate Judge Nancy Joseph on 7/17/2023. Motions due 8/1/2023, Responses due 8/11/2023, Replies due 8/16/2023. (cc: all counsel) (edr) |
| 07/17/2023 | 6 | ORDER Setting Conditions of Release as to Joseph A Locke signed by Magistrate Judge Nancy Joseph on 7/17/2023. (cc: all counsel) (edr) |
| 07/18/2023 | 7 | MOTION for Protective Order *Governing Discovery* by USA as toJoseph A Locke. (Attachments: # 1 Text of Proposed Order)(Stewart, Julie) |
| 07/18/2023 | 8 | ORDER signed by Magistrate Judge Nancy Joseph on 7/18/2023 granting 7 Motion for Protective Order as to Joseph A Locke (1). (cc: all counsel) (llc) |
| 08/03/2023 | | Case as to Joseph A Locke no longer referred to Magistrate Judge Nancy Joseph. (rcm) |
| 08/04/2023 | 9 | NOTICE OF HEARING as to Joseph A Locke. Telephonic Counsel−Only Status Conference set for 8/18/2023 at 2:00 PM before Judge Brett H Ludwig. Counsel must call the Court conference line at 1−669−254−5252, enter Meeting ID 160 9600 2659 # and Passcode 243805 before the scheduled hearing time. (cc: all counsel) (jad) |
| 08/18/2023 | 10 | Audio of hearing held on 8/18/23 at 2:00 p.m.; Audio File Size(5.2 MB) (jad) |
| 08/18/2023 | 11 | Minute Entry for proceedings held before Judge Brett H Ludwig: Status Conference as to Joseph A Locke held on 8/18/2023. The Court set a continued counsel−only status conference by telephone for September 15, 2023, at 11:30 a.m. To appear, counsel must call the Court conference line at 1−669−254−5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time. The Court made a finding under the Speedy Trial Act. (Tape #10) (jad) |
| 09/15/2023 | 12 | Audio of hearing held on 9/15/23 at 11:30 a.m.; Audio File Size(4.2 MB) (jad) |
| 09/15/2023 | 13 | Minute Entry for proceedings held before Judge Brett H Ludwig: Status Conference as to Joseph A Locke held on 9/15/2023. The Court set a continued counsel−only status conference by telephone for November 2, 2023, at 9:30 a.m. To appear, counsel must call the Court conference line at 1−669−254−5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time. The Court made a finding under the Speedy Trial Act. (Tape #12) (jad) |
| 11/02/2023 | 14 | Audio of hearing held on 11/2/23 at 9:30 a.m.; Audio File Size(4.3 MB) (jad) |
| 11/02/2023 | 15 | Minute Entry for proceedings held before Judge Brett H Ludwig: Status Conference as to Joseph A Locke held on 11/2/202. The Court set a continued counsel−only status conference by telephone for December 4, 2023, at 11:30 a.m. To appear, counsel must call the Court conference line at 1−669−254−5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time. The Court made a finding |

| | | |
|---|---|---|
| | | under the Speedy Trial Act. (Tape #14) (jad) |
| 12/04/2023 | 16 | Audio of hearing held on 12/4/23 at 11:30 a.m.; Audio File Size(7.4 MB) (jad) |
| 12/04/2023 | 17 | Minute Entry for proceedings held before Judge Brett H Ludwig: Status Conference as to Joseph A Locke held on 12/4/2023. The Court set the matter for a three−day jury trial on March 18, 2024, and a final pretrial conference for March 8, 2024, at 10:00 a.m. in Courtroom 320, 517 E. Wisconsin Ave., Milwaukee Wisconsin 53211. The Court made a finding under the Speedy Trial Act. (Tape #16) (jad) |
| 12/04/2023 | 18 | Criminal Pretrial Order as to Joseph A Locke signed by Judge Brett H Ludwig on 12/4/23. (cc: all counsel) (jad) |
| 12/04/2023 | 19 | NOTICE OF ATTORNEY APPEARANCE: Patricia I Daugherty appearing for USA (Daugherty, Patricia) |
| 02/21/2024 | 20 | Unopposed MOTION for Extension of Time to File *Final Pretrial Report* by USA as toJoseph A Locke. (Attachments: # 1 Text of Proposed Order)(Stewart, Julie) |
| 02/22/2024 | 21 | TEXT ONLY ORDER signed by Judge Brett H. Ludwig on 2/22/2024 re: 20 Unopposed Motion for Extension of Time to File Final Pretrial Report. The motion is **granted**. The deadline for the parties to file the Joint Final Pretrial Report is extended from March 1, 2024 to **March 4, 2024**. (cc: all counsel) (jad) |
| 02/23/2024 | 22 | Unopposed MOTION in Limine by USA as toJoseph A Locke.(Daugherty, Patricia) |
| 02/27/2024 | 23 | SUPERSEDING INDICTMENT as to Joseph A Locke (1) count 1s. (lz) (Additional attachment(s) added on 2/28/2024: # 1 Unredacted Indictment) (lz). (Entered: 02/28/2024) |
| 02/28/2024 | | NOTICE OF HEARING as to Joseph A Locke. Arraignment & Plea on the Superseding Indictment set for 3/8/2024 at 09:00 AM in Courtroom 253, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Nancy Joseph. (cc: all counsel)(lz) |
| 03/03/2024 | 24 | PLEA AGREEMENT as to Joseph A Locke (Stewart, Julie) |
| 03/04/2024 | 25 | NOTICE OF HEARING as to Joseph A Locke. The Final Pretrial Conference set for 3/8/2024 at 10:00 a.m. is CANCELLED. Arraignment and Plea set for 3/15/2024 at 11:00 AM in Courtroom 320, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Brett H Ludwig. (cc: all counsel, usms, pts)(jad) |
| 03/04/2024 | | NOTICE OF CANCELLATION OF HEARING as to Joseph A Locke. The Arraignment & Plea on the Superseding Indictment set for 3/8/2024 9:00 AM before Magistrate Judge Nancy Joseph has been cancelled. Hearing to be held before Judge Ludwig on 3/15/2024. (cc: all counsel) (mlm) |
| 03/15/2024 | 26 | Minute Entry for proceedings held before Judge Brett H Ludwig: Arraignment on Superseding Indictment as to Joseph A Locke (1) Count 1s held on 3/15/2024. Plea entered by Joseph A Locke (1) Guilty Count 1s. Sentencing set for 6/21/2024 at 9:00 AM in Courtroom 320, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Brett H Ludwig. (Court Reporter Jennifer Stake) (jad) |
| 06/14/2024 | 27 | SENTENCING MEMORANDUM by USA as to Joseph A Locke (Stewart, Julie) |
| 06/14/2024 | 28 | MOTION to Seal Document *Exhibit A to Sentencing Memorandum* by USA as toJoseph A Locke. (Attachments: # 1 Text of Proposed Order)(Stewart, Julie) |

| | | |
|---|---|---|
| 06/14/2024 | 29 | SEALED DOCUMENT This document is not available electronically and must be served in paper format upon opposing counsel. |
| 06/14/2024 | 30 | REVISED PRESENTENCE INVESTIGATION REPORT (Restricted) as to Joseph A Locke filed by the US Probation Office. (NOTICE: Counsel for the defendant is required to provide a copy of this document to the defendant. Please note this report has been changed since the last disclosure. Parties allowed to view this document may do so by logging in.) (Haldemann, Elizabeth) |
| 06/14/2024 | 31 | ADDENDUM to PRESENTENCE INVESTIGATION REPORT (Restricted) as to Joseph A Locke (NOTICE: Counsel for the defendant is required to provide a copy of this document to the defendant. Parties allowed to view this document may do so by logging in.) (Haldemann, Elizabeth) |
| 06/14/2024 | 32 | SENTENCING RECOMMENDATION (Sealed − for Judge only) filed by US Probation Office as to Joseph A Locke (Haldemann, Elizabeth) |
| 06/16/2024 | 33 | LETTER from Character Letters filed on behalf of Joseph Locke (Obear, Kirk) |
| 06/18/2024 | 34 | LETTER from Additional Character Letters filed on behalf of Joseph Locke (Obear, Kirk) |
| 06/18/2024 | 35 | ORDER signed by Judge Brett H Ludwig on 6/18/24 granting 28 Motion to Seal Document as to Joseph A Locke (1). (cc: all counsel) (jad) |
| 06/20/2024 | 36 | LETTER from Kirk Obear *requesting adjournment of sentencing hearing* (Obear, Kirk) |
| 06/20/2024 | 37 | RESPONSE by USA as to Joseph A Locke *'s Letter Requesting Adjournment* (Stewart, Julie) |
| 06/20/2024 | 38 | NOTICE OF CANCELLATION OF HEARING as to Joseph A Locke. The sentencing set for 6/21/24 at 9:00 a.m. is cancelled and will be reset for a later date. (cc: all counsel, usms, pts) (jad) |
| 06/27/2024 | 39 | NOTICE OF HEARING as to Joseph A Locke. Sentencing set for 7/10/2024 at 9:00 AM in Courtroom 320, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Brett H Ludwig. (cc: all counsel, usms, pts)(jad) |
| 07/08/2024 | 40 | DISREGARD was Refiled SEE ECF No 41 ~~SENTENCING MEMORANDUM by Joseph A Locke (Obear, Kirk)~~ Modified on 7/9/2024 (lz). |
| 07/08/2024 | 41 | SENTENCING MEMORANDUM by Joseph A Locke (Obear, Kirk) |
| 07/10/2024 | 42 | Minute Entry for proceedings held before Judge Brett H Ludwig: Sentencing held on 7/10/2024 for Joseph A Locke (1). Count 1s, Probation: 4 years. Special Assessment: $100. Fine: $100,000. Conditions of Probation imposed. SEE Judgment for additional details. (Court Reporter Jennifer Stake) (jad) |
| 07/10/2024 | 43 | JUDGMENT as to Joseph A Locke (1) signed by Judge Brett H Ludwig on 7/10/24. Count 1s, Probation: 4 years. Special Assessment: $100. Fine: $100,000. Conditions of Probation imposed. SEE Judgment for additional details. (cc: all counsel, usms, flu, financial) (jad) |
| 07/10/2024 | 44 | STATEMENT OF REASONS (Restricted) as to Joseph A Locke signed by Judge Brett H Ludwig on 7/10/24. (Parties allowed to view this document may do so by logging in.) (cc: all counsel, flu, financial) (jad) |

| | | |
|---|---|---|
| 08/21/2024 | 45 | TRANSCRIPT of Sentencing Hearing as to Joseph A Locke held on July 10, 2024, before Judge Brett H. Ludwig. Court Reporter/Transcriber Jennifer Stake, Contact at 414−290−2640. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 9/16/2024. Redacted Transcript Deadline set for 9/26/2024. Release of Transcript Restriction set for 11/22/2024. (Stake, Jennifer) |
| 08/23/2024 | 46 | Probation Jurisdiction Transferred to Northern District of Illinois as to Joseph A Locke (mlm) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                         Case No. 23-CR-117

JOSEPH A. LOCKE,

        Defendant.    [21 U.S.C. § 843(b)]

**SUPERSEDING INDICTMENT**

On or about June 1, 2020, in the State and Eastern District of Wisconsin and elsewhere,

**JOSEPH A. LOCKE**

did knowingly and intentionally use a communication facility, in particular a cellular phone, in facilitating the commission of an act that constituted a felony under Title 21, United States Code, Sections 841(a)(1) and 859.

In violation of Title 21, United States Code, Section 843(b).

Dated: 27 Feb 2024

/s/ Gregory J. Haanstad
GREGORY J. HAANSTAD
United States Attorney

A TRUE COPY
Aug 23, 2024
s/ Mary Murawski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

JOSEPH A. LOCKE

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 23-cr-0117-bhl
USM Number: 68655-510

Kirk Obear
Defendant's Attorney

Julie Stewart
Assistant United States Attorney

THE DEFENDANT pled guilty to Count One of the Superseding Indictment. The Court adjudicates him guilty of this offense:

| Title & Section | Nature of Offense | Date Concluded | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b), and 859 | Use of a Communication Facility to Facilitate a Felony | June 1, 2020 | One |

The Court sentences the defendant as provided in this judgment. The Court imposes the sentence under the Sentencing Reform Act of 1984.

The Court ORDERS that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and the United States Attorney of material changes in economic circumstances.

Date Sentence Imposed: July 10, 2024

Hon. Brett H. Ludwig, United States District Court

Date Judgment Entered: July 10, 2024

AO 245B (Rev. 09/11) Judgment in a Criminal Case

DEFENDANT: JOSEPH A. LOCKE
CASE NUMBER: 23-cr-0117-bhl

# PROBATION

The defendant is hereby sentenced to probation for a term of four (4) years.

## MANDATORY CONDITIONS OF SUPERVISION

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not illegally possess any controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The Court finds there is a low risk of future substance abuse by the defendant and therefore suspends the drug testing requirements.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this Court as well as with any additional conditions below and on the attached page.

## CONDITIONS OF SUPERVISION

1. Unless directed otherwise by the probation officer, the defendant must report to the probation office in the federal judicial district where the defendant resides within 72 hours of release from imprisonment.
2. After initially reporting to the probation office, the defendant will receive instructions from the Court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.
3. The defendant must not own, possess, or have under the defendant's control a firearm, ammunition, destructive device, or dangerous weapon.
4. The defendant must not knowingly leave the federal judicial district without first getting permission from the Court or the probation officer.
5. The defendant must follow the instructions of the probation officer designed to make sure the defendant complies with the conditions of supervision.
6. The defendant must answer truthfully the questions asked by the probation officer related to the conditions of supervision subject to their Fifth Amendment right against self-incrimination.
7. The defendant must work full-time (at least 30 hours per week) at a lawful type of employment unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment, the defendant must try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where they work or anything about their work (such as position or job responsibilities), the defendant must tell the probation officer at least ten calendar days before the change. If telling the probation officer in advance is not possible due to unanticipated circumstances, the defendant must tell the probation officer within 72 hours of the change.

DEFENDANT: JOSEPH A. LOCKE
CASE NUMBER: 23-cr-0117-bhl

## CONDITIONS OF SUPERVISION (continued)

8. The defendant must live at a place approved by the probation officer. If the defendant plans to change where the defendant lives or anything about the defendant's living arrangements (such as the people the defendant lives with), the defendant must tell the probation officer at least ten calendar days before the change. If telling the probation officer in advance is not possible due to unanticipated circumstances, the defendant must tell the probation officer within 72 hours of the change.

9. If the defendant knows someone is committing a crime, or is planning to commit a crime, the defendant must not knowingly communicate or interact with that person in any way.

10. The defendant must allow the probation officer to visit the defendant at reasonable times, at home or other reasonable locations, and the defendant must permit the probation officer to take any items prohibited by the conditions of supervision that the probation officer observes in plain view.

11. If the defendant is arrested or questioned by a law enforcement officer, the defendant must tell the probation officer within 72 hours.

12. The defendant must not make any agreement with a law enforcement agency to act as an informer or a special agent without first getting the permission of the Court.

13. The defendant shall never apply for or seek a renewal of a controlled-substances registration from the DEA, whether on his own behalf or on behalf of any corporate entity.

DEFENDANT: JOSEPH A. LOCKE
CASE NUMBER: 23-cr-0117-bhl

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on the attached page.

| **Total Special Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 | $100,000.00 | None |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

| PAYEE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL: |  |

If a defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

☐     The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐     Restitution amount ordered pursuant to plea agreement: $_____.

☐     The defendant must pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒     The court determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the ☒ fine ☐ restitution.

AO 245B (Rev. 09/11) Judgment in a Criminal Case

DEFENDANT: JOSEPH A. LOCKE
CASE NUMBER: 23-cr-0117-bhl

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The defendant's obligation to pay the $100.00 special assessment begins immediately.

After his release from custody, the defendant must make payments toward the remaining balance of the special assessment and restitution obligations of no less than $25 per month, until paid in full, to start thirty days after he is released from custody.

The defendant must make all criminal monetary penalty payments, except any payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) special assessment, (2) restitution principal and (3) costs (if any, including the costs of prosecution).

☐ Joint and Several (Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate): _____

☐ The defendant shall pay the cost of prosecution; or ☐ The defendant shall pay the following court costs:

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

| D/WI Prob 22 (Rev 01/24) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Trans. Court) 0757 2:23CR00117 | |
|---|---|---|---|
| | | DOCKET NUMBER (Rec. Court) | |
| NAME OF PROBATIONER/SUPERVISED RELEASEE: Joseph A. Locke | DISTRICT Eastern District of Wisconsin | | DIVISION Milwaukee |
| ADDRESS 345 Saint Andrews Lane Gurnee, IL 60031 | NAME OF SENTENCING JUDGE U.S. District Judge Brett H. Ludwig | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE Probation | FROM 07/10/2024 | TO 07/09/2028 |
| OFFENSE USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. | | | |

**FILED** 8/22/2024 BI
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**1:24-CR-00391**

JUDGE WOOD
MAGISTRATE JUDGE HOLLEB HOTALING

CLERK'S OFFICE A TRUE COPY Aug 23, 2024
s/ Mary Murawski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

JUSTIFICATION/REASON FOR TRANSFER (eg., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Locke is a resident of Illinois and has no intention to reside in the Eastern District of Wisconsin. Mr. Locke has no compliance issues that need to be addressed by the Court.

Assistant United States Attorney Julie Stewart was contacted and she concurs with the recommendation.

**PART 1 - ORDER TRANSFERRRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8-22-24
Date

Brett H. Ludwig
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/22/2024
Effective Date

Virginia M. Kendall
United States District Judge